IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

PAUL BARROWS,

                      Plaintiff,

     v.

PETRIE & STOCKING, S.C. and
LYDIA CHARTRE,,

                      Defendants.

MEMORANDUM

08-cv-65-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      A hearing on the settlement of this case was held by telephone on September 25, 2008.  Counsel advised the court that there had been a mix up in the mailing of the information to the insurance company but they are sure that this will not set back the final settlement for more than a week.

      Counsel for plaintiff is to initiate a new telephone conference with the court and with defendants' counsel for 9:00 a.m., Thursday, October 2, 2008.  If final settlement papers have been filed with the court before that date, the conference will not be held.

      Entered this 26th day of September, 2008.

                                      BY THE COURT:
                                      /s/
                                      BARBARA B. CRABB
                                      District Judge